IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00197-MP-AK

$10,000.00 IN UNITED STATES CURRENCY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Motion for Forfeiture of Property by United States of America, Doc. 7. On September 15, 2009, a Verified Complaint of Forfeiture In Rem against the defendant property, $10,000.00 in United States Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881 (a)(6).

It appears that process was fully issued in this action according to law. A Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning September 24, 2009, pursuant to Rule G (4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions. No person or entity has filed a claim.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    Motion for Forfeiture of Property, Doc. 7, is GRANTED.

2.    Defendant property, $10,000.00 in United States currency, shall be forfeited to the United States of America and no right, title, or interest in the property shall

exist in any other party.

3. The United States shall dispose of defendant property according to applicable law.

**DONE AND ORDERED** this  *11th* day of February, 2010

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
